UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RUSSELL ELLIS,

    Plaintiff,

vs.

REINSMAN EQUESTRIAN PRODUCTS INC., *et al.*,

    Defendants.

NO. CV-10-198-RHW

**ORDER GRANTING STIPULATION OF DISMISSAL**

On January 30, 2012, the parties filed a Stipulation of Dismissal (ECF No. 23). The parties stipulate that the above-captioned matter be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal (ECF No. 23) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs to either party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and close the file.

**DATED** this 1st day of February, 2012.

                *s/Robert H. Whaley*
                ROBERT H. WHALEY
                United States District Judge

Q:\aCIVIL\2010\Ellis\DISMISS.WPD

**ORDER GRANTING STIPULATION OF DISMISSAL ~ 1**